UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIN CONLEYCASH,

    Plaintiff,

-vs-                                                  CASE NO.:  8:16-CV-03389-SDM-MAP

BRIDGECREST CREDIT COMPANY, LLC

    Defendant
_____/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** Plaintiff, Erin Conley Cash, and Defendant, Bridgecrest Credit Company, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 29th day of December, 2017.

*s/Amy M. Ferrera, Esquire*                        *s/Jenny Perkins, Esquire*
Amy M. Ferrera, Esquire                            Jenny Perkins, Esquire
Florida Bar #: 15313                                   Florida Bar #:  77570
Morgan & Morgan, Tampa,  P.A.              Ballard Spahr LLP
One Tampa City Center                          1735 Market Street, 51st St.
Tampa, FL 33602                                    Philadelphia, PA 19103
Tele: (813) 223-5505                               Tele:  (215) 864-8378
Fax: (813) 559-4846                                Fax:  (215) 864-8999
amferrera@forthepeople.com                 perkinsj@ballardspahr.com
amoore2@forthepeople.com                  Attorney for Defendant
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 29, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Martin C. Bryce, Jr., Esquire, Ballard Spahr LLP, 1735 Market Street, 51st Fl, Philadelphia, PA   19103 (bryce@ballardspahr.com); Amy L. Drushal, Esquire, Trenam Kemker, P.A., 101 E. Kennedy Boulevard, Suite 2700, Tampa, FL  33602 (adrushal@trenam.com); Jenny N. Perkins, Esquire, Ballard Spahr, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA   19103 (perkinsj@ballardspahr.com)

*/s/Amy Ferrera, Esquire*
Amy Ferrera, Esquire
Florida Bar #:  15313