UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC CONLEY CASH,

    Plaintiff,

v.                                    CASE NO. 8:16-cv-3389-T-23MAP

BRIDGECREST CREDIT COMPANY, LLC,

    Defendant.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 22), this action is **DISMISSED**.

The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 2, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE